**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

IN RE:       **RANDALL STOKES PARRISH**                **Chapter 13**
             **Debtor**                                 Case No.: 23-33898-KLP

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

The Debtor, pursuant to 11 U.S.C 1307(b), hereby elects to dismiss the above-captioned Chapter 13 case. The Debtor is entitled to dismiss the case because:

1. This case, filed on November 9, 2023, is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under section 706, 1112, or 1208 of the Bankruptcy Code.

3. There are no motions pending to convert the case to Chapter 7 or to dismiss the case with prejudice.

*NOTICE*

*Under Local Bankruptcy Rule 1017-2, unless a written response to this motion is filed with the Clerk of Court and served on the Debtor within 7 days from the date of service of this motion objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.*

Respectfully submitted,

RANDALL S PARRISH
By Counsel

*/s/William Harville*

William T. Harville
VSB# 19802
327 W. Main Street, #3
Charlottesville, VA  22903
Tel:  434.483.5700
Fax:  434.448.0800
william@vabklaw.com

## **CERTIFICATE OF NOTICE**

I hereby certify to the Court that a true and correct copy of the Debtor's Motion to Dismiss Chapter 13 Case was sent via first-class mail postage prepaid to the Debtor, and via ECF or first class mail postage prepaid to the case trustee, the U.S. Trustee's office, and all creditors.

DATED:	November 30, 2023	/s/ *William Harville*
	William Harville
	Attorney for the Debtor